AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Black Samsung DUOS cellphone, serial number<br>RF8K51P5Q5K | )<br>)<br>) Case No. 1:19-mj-00026-MMS<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Alaska
*(identify the person or describe the property to be searched and give its location):*

See Attachment A, incorporated here by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B, incorporated here by reference.

**YOU ARE COMMANDED** to execute this warrant on or before **August 23, 2019** *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____

Date and time issued: **August 9, 2019 / 1337**

/S/ MATTHEW M. SCOBLE
U.S. MAGISTRATE JUDGE
SIGNATURE REDACTED
*Judge's signature*

City and state: Anchorage, Alaska

Hon. Matthew M. Scoble, United States Magistrate Judge
*Printed name and title*

Sworn to telephonically, subscribed to and returned electronically, before me this date.

_____  Sept 2, 2020
MATTHEW M. SCOBLE   Date
U.S. Magistrate Judge

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:19-mj-00026-MMS | Date and time warrant executed:<br>8/13/2019 - 2:05AM | Copy of warrant and inventory left with:<br>Item 1B1 - Evidence C-mmu - 45A-AN-3151392 |
| Inventory made in the presence of:<br>SA Frank Rein | | |
| Inventory of the property taken and name of any person(s) seized: | | |

1) Cellular Extraction - Item 1B3 of 45A-AN-3151392
2) Recovered Video Files - FBI CART - Item 1B4 of 45A-AN-3151392

END

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/1/2020

_Executing officer's signature_

Matthew B Judy - Special Agent, FBI
_Printed name and title_